No. 66257.—The A. W. Fenton Co., Inc *v.* United States, protests 59/34516, 59/34517, and 59/34518 (Cleveland).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 6, 1961

No. 66258.—Dalton Cooper, Inc., and H. W. Robinson & Co., Inc., et al. *v.* United States, protests 59/11294, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that involved in *Dalton Cooper, Inc., et al.* v. *United States* (41 Cust. Ct. 271, C.D. 2051), the claim of the plaintiffs was sustained.

DONLON, J., dissented for the reasons set forth in her dissenting opinion in C.D. 2051, *supra*.

BEFORE THE FIRST DIVISION, DECEMBER 7, 1961

No. 66259.—J. R. Importing Co., Inc. *v.* United States, protests 300709–K and 306500–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.